Sophia Pohn, appellee, v. Gertrude Marock and Louis Best, appellants. Gen. No. 28,889.

Foreclosure of trust deed. Decree granted. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

L. H. Craig, for appellants. Franklin Raber, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Kazmierz Pawlak, appellee, v. A. J. Wlodarski, appellant. Gen. No. 28,901.

Suit to recover sum paid for purpose of exchange into Polish marks and remittance to designated payees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

James Percival Pio, for appellant. Frank Greskowiak and Ewart Harris, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

In re estate of John W. Walker, deceased.

The People of the State of Illinois, appellee, v. William L. Martin, individually and as administrator of the estate of John W. Walker, deceased, appellant. Gen. No. 28,940.

Contempt order entered by probate court against administrator for failure to file final account in time required in removal order. Appeal from the Probate Court of Cook county; the Hon. Henry Horner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924. Rehearing denied April 15, 1924.

Henry K. Loeb, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Standard Trust & Savings Bank, appellant, v. W. E. Mielly, Otto Fetting and Josiah L. Rice, appellees. Gen. No. 28,739.

Suit against maker, indorsers and guarantors on promissory note. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 3, 1924.

Castle, Williams, Long & Castle, for appellant; Howard P. Castle, of counsel. Edward Maher for W. E. Mielly and Otto Fetting, appellees; Robert R. Baldwin for Josiah L. Rice, appellee.

Mr. Justice Fitch delivered the opinion of the court.